UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WINTER QUARTERS HUNTING & FISHING LLC** | **CASE NO. 3:19-CV-00887** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BOARD OF COMMISSIONERS, FIFTH LOUISIANA LEVEE DISTRICT** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction [doc. # 6] is **DENIED**.

Monroe, Louisiana, this 6th day of December, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE